Hussain Ishtiaq
Mesa Verde Detention Center
425 Golden State Ave.
Bakersfield CA.
93301
A -72- 690- 244



UNITED STATES DISTRICT COURT
CENTRAL DISTICT OF CALFORNIA

| | |
|---|---|
| Hussain Ishtiaq<br>Petitioner<br><br>v.<br><br>Jefferson B Sessions<br>(US Attorney General)<br>Immigration & Customs<br>Enforcement et.al<br>Respondents | CASE No. *1:18cv 1090 JLTCHC*)<br><br>PETITION FOR WRIT OF HABEAS CORPUS<br>In FEDERAL CUSTODY<br>28 USC § 2241 |

PETITION FOR WRIT OF HABEAS CORPUS

Instructions: Read carefully

This petition shall be legibly handwritten or typed, signed
by the Petitioner under penalty of perjury. You must set forth
Concisely the answer to each question in the proper space on
the form. Any false statement of a material fact may serve as the
basis for prosecution and conviction of perjury.

Petition for Writ of Habeas Corpus by a Person in Federal Custody

Upon receipt of fee of $5.00 your petition will be filed if it is in proper order

If you are seeking leave to proceed in forma paupeis (without payment of the $5.00 filing fee and other court costs then you must also execute the declaration on the last page , setting forth information which establishes your inability to pay the fees and costs of the proceeding or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution . If your prison account exceeds $25.00 you must pay the filing fee as required by the rule of the district court.

When a petition is completed, the original and 3 copies must be mailed to the clerk of the United States District Court Central District of California 2500 Truxtan Ave. Bakersfield CA.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

Please complete the following: (Check appropriate number)

This Petition concerns:

| 1 |   | A Conviction |
|---|---|---|
| 2 |   | A Sentence |
| 3 |   | Jail or Prison Conditions |
| 4 |   | Prison Discipline |
| 5 |   | A Parole Problem |
| 6 | X | Other |

Removal Hearings

Petition

**1.** Place of Detention _ Mesa Verde Detention Center 425 Golden State Ave. Bakersfield CA. 93301

**2.** Name and location of Court which imposed Sentence _ Superior Court of California, Contra Costa County.

**3.** The indictment number or number (if known) upon which and the offense or offenses for which sentence was imposed

(a)___Ct. #1 PC § 187 (Dismissed) Ct. #2 PC § 192(a) Manslaughter 01/02/2006_____
    Docket #2-290018-1 01 Report # 06-6289

(b) _____

(c) _____

**4.** The date upon which sentence was imposed and the terms of the sentence

(a) ___October 30, 2009_____Ten (10) years_____

(b) _____

(c) _____

**5.** Check whether a finding of guilty was made:

(a) After plea of guilty _____X_____

(b) After a plea of not guilty _____

(c) After a plea of Nolo Contendre _____

**6.** If you were found guilty after a plea of not guilty, check whether that finding was made by:

(a) A jury _____X_____

(b) A Judge without a jury _____

**7.** Did you appeal from the judgment of conviction or the imposition of sentence?

[ ] Yes      [ X ] No

**8.** If you did appeal, give the following information for each appeal:

(1) Name of Court _____N/A_____

(2) Result _____

(3) Date of Result _____

(4) Citation or number of opinion _____

Petition for Writ of Habeas Corpus by a Person in Federal Custody

(5) Grounds Raised (list each)

(a) _____ N/A _____

(b) _____

(c) _____

(d) _____

(e) _____

b    (1) Name of Court _____

(2) Result _____

(3) Date of Result _____

(4) Citation or Number of Opinion _____

(5) Grounds Raised  (list each)

(a) _____

(b) _____

(c) _____

(d) _____

Caution if you are attacking a sentence imposed under Federal Judgment, you must file a direct appeal or motion under 28 USC § 2255 in the Federal Court which entered the judgment.

**9.** State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary attach a single page behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later time.

Ground One _____ Illegal Imprisonment after a Final Order of Removal _____

_____

Supporting facts (Tell your story briefly without citing cases or law)
CAUTION You must state facts not conclusions in support of your grounds. A rule of thumb to follow is who did what exactly to violate your rights at what time and place.

### Felony Complaint

On January 25, 2006 Petitioner was discussing a business deal when victim was caught lying about a business phone No.

Victim shot at (sic) (Singh) another person, a wrestling contest ensued and Petitioner was accused of

Petition for Writ of Habeas Corpus by a Person in Federal Custody

shooting victim. (He had no weapon )

At trial Petitioner was accused/arranged on PC § 187 Charge which was later dropped to
PC § 192(a) Involuntary Manslaughter.

Petitioner served a ten (10) year sentence and was released into custody of Immigration & Customs
Enforcement on May 02, 2018.

## Immigration Courtroom

Petitioner was charged with an Aggravated Felony and found removable under Title 8 USC
 § 1227 (a)(2)(A)(iii).

A Warrant of Removal/Deportation was issued on May 2, 2018 dated and signed by (sic) D. Bonnar
[DFOD] Immigration Officer.

Petitioner appeared before Immigration Officers on June 25, 2018 and signed for Administrative
Removal.

## Title 8 USC Aliens and Nationality

Under Title 8 USC § 1231(a)(1) the removal period begins when the Alien is ordered Removed.
That period would begin for Petitioner on May 1, 2018 when the Warrant of Removal issued.

The Attorney General: "Shall remove the Alien from the United States within a period of 90 Days
[Removal Period]
That period ends on July 29, 2018 [90 Days]. Petitioner is still in custody of the Attorney General.

Title 8 USC § 1231 Subsection (**C**) **Suspension of Period**; allows for the extension of time beyond the
90 day limit **IF**: "the alien fails or refuses to make timely application in good faith for travel or other
documents necessary to the aliens departure or conspires or acts to prevent the aliens removal subject to
an order of removal." Title 8 USC § 1231(a)(1)(C)

Respondent, I.C.E. has Petitioners passport and Legal Permanent Residency (I-555) Authorization card
[green card].
Respondent has made NO requests of Petitioner to obtain travel documents or other papers necessary
for his removal. In short, Petitioner has cooperated in full with Government Officials to effect his
removal.

## Prompt Removal

In accordance with Title 8 USC §1227 and § 1366(3) Annual Report on Criminal Aliens, the Attorney
General shall provide for the prompt removal of criminal aliens.
*Zadvydas v. Davis 533 US 687; 121 S.Ct. 2491; 150 L.Ed.2d 653.*

## **Conclusion**

Petitioner has been convicted of an aggravated felony and been found removable.

Petitioner has cooperated with Respondent in order to provide all documents and papers necessary to expedite his removal.

Respondent has 90 days by statute to remove Petitioner and to date has not done so.

There are no other barriers to overcome to effect Petitioners repatriation to his country of origin.

## **Prayer for Relief**

1) Grant Writ of Habeas Corpus

2) Order Respondent – Immigration and Customs Enforcement and United States Attorney General to either return Petitioner to his country of origin [Pakistan]

                         or

3) Release/Parole Petitioner from custody immediately under Order of Supervision.

4) Grant any and all other relief deemed necessary or appropriate.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ...

Ground # 1
Supporting Cases

*Zadvydas v. Davis 533 US 687; 121 S.Ct. 2491; 150 L.Ed.2d 653.*

**10** Have you filed previous petitions for Habeas Corpus motions under section 2255 of Title 28 United States Code or other applications, petitions, or motions with respect to this conviction?

[ ] Yes      [ **X** ] No

**11** If your answer to question No. 10 was yes, give the following information:

    a     (1) Name of Court: _____

         (2) Nature of proceeding _____

         (3) Grounds Raised _____

         _____

         _____

         (4) Result: _____

         (5) Date of Result: _____

         (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

    b.     (1) Name of Court _____

         (2) Nature of proceeding _____

         (3) Grounds Raised _____

         _____

         (4) Result _____

         (5) Date of result _____

         (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

         _____

         _____

12. If you did not file a Motion under section 2255 of Title 27/28 United States Code, or if you filed such a motion and it was denied, state why your remedy is inadequate or inadequate to test the legality of your detention.

N/A § 2241 Timely Filed

13. Are you presently represented by counsel? **No**

If so state name, address and telephone number _____

_____

Case name and Court _____

_____

14. If you are seeking leave to proceed in Forma Pauperis, have you completed the declarations setting forth the required information?

[ **X** ] Yes          [ ] No

Wherefore, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: *NSHTIAD HUSSAIN*
Signature of Petitioner

Petition for Writ of Habeas Corpus by a Person in Federal Custody

## UNITED STATES DISTRICT COURT
### CENTRAL DISTICT OF CALFORNIA

_____Hussain Ishtiaq_____
Plaintiff/Petitioner

v.                                                      Case Number: **A-072-690-244**

_____Jefferson B Sessions_____
  (US Attorney General)
Immigration & Customs
Enforcement et.al
Defendant/Respondent(s)

_____

### PROOF OF SERVICE

I hereby certify that on _____AUGUST 09, 2018_____, I served a copy

of the attached...… PETITION FOR WRIT OF HABEAS CORPUS / 28 USC § 2241

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by deposition said envelope n the United States Mail at:

    Mesa Verde Detention Center 425 Golden State Ave. Bakersfield CA. 93301

(List Name and Address of each Defendant or Attorney served)

United States District Court               Jeff Sessions
Central District of California             United States Attorney General
2500 Truxtun Ave.                          950 Pennsylvania Ave. N.W.
Bakersfield, CA. 93301                     Washington, D.C.
                                           20528

I declare under penalty of perjury that the foregoing is true and correct.

                      _____
                   (Signature of Person Completing Service)
                   ACTING ATTORNEY